UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                    Case No. 18-42713-CEC

Victor Bostic,
                                          Chapter 13
            Debtor.
-----------------------------------------------------------------x

### ORDER TERMINATING LOSS MITIGATION

      WHEREAS, on May 10, 2018, Victor Bostic (the "Debtor") filed a Chapter 13 plan containing a request to enter into the Loss Mitigation Program with respect to property located at 99 Sumner Place, Staten Island, NY 10301, Loan No. 2801 with creditor Kondaur Capital Corp.; and

      WHEREAS, on June 11, 2018, the Court issued an order directing the Debtor and Kondaur Capital Corp. to participate in the Loss Mitigation Program; and

      WHEREAS, a status conference on the Loss Mitigation was held on December 11, 2018;

      NOW, THEREFORE, for the reasons stated on the record at the December 11, 2018 status conference, it is

      ORDERED, that the Loss Mitigation Period is terminated.



**Dated: Brooklyn, New York**
     **December 27, 2018**

                                            _____
                                            **Carla E. Craig**
                                   **United States Bankruptcy Judge**