UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X  **tmm1634**
In re:

Victor Bostic

Chapter 13

Case No.: 18-42713-608

                      Debtor(s)  **NOTICE OF SETTLEMENT**

---------------------------------------------------------X

SIRS / MADAMS:

      **PLEASE TAKE NOTICE**, that an Order, a true copy of which is annexed hereto, will be presented to the Honorable Carla E. Craig on JANUARY 25, 2019, at 10:00 a.m. in the forenoon of that date (the "Settlement Date").

      **PLEASE TAKE FURTHER NOTICE**, that counter-orders must be presented and served upon the undersigned no later than 5:00 in the afternoon on the day prior to the Settlement Date, and that if no counter-order is presented and served as aforesaid the Order may be signed.

Dated: Islandia, New York

January 11, 2019

Yours,
etc.

MICHAEL J. MACCO
Chapter 13 Trustee
2950 Express Drive South -Suite 109
Islandia, New York 11749
(631) 549-7900

To:    *Office of the United States Trustee*
       *Victor Bostic , Debtor*
       *Paul Hollender , Attorney for Debtor*
       *TO ALL INTERESTED PARTIES*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X      **tmm1634**
In re

Chapter 13

Victor Bostic

Case No.:18-42713-608

                            Debtor(s)      **ORDER**
-------------------------------------------------------X

        MICHAEL J. MACCO, Chapter 13 Trustee of the estate of Victor Bostic (the "Debtor(s)") and this matter having come on for a hearing before the Honorable Carla E. Craig, United States Bankruptcy Judge, on the 10TH day of JANUARY, 2019, Michael J. Macco, Chapter 13 Trustee, having appeared in support of motion and after due deliberation by this Court, it is

        **ORDERED**, that pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), this case is hereby dismissed.

_____

| STATE OF NEW YORK | ) | |
| COUNTY OF SUFFOLK | ) | ss.: |

      JANINE ZARRILLI, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Nassau County, New York.

      On January 11, 2019, deponent served the within:

**NOTICE OF SETTLEMENT AND ORDER**

upon the following parties, by electronic service or at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Victor Bostic
99 Sumner Place
Staten Island, NY 10301

Wilmington Savings Fund Society, FSB,
c/o MARK E. COHEN, ESQ.
108-18 Queens Boulevard
4th Floor, Suite 3
Forest Hills, New York 11375

**By Electronic Service to:**

OFFICE OF THE US TRUSTEE
EMAIL: USTP.Region02.BR.TFRTDR@usdoj.gov

Paul Hollender , Esq.
Email: info@silawfirm.com

                                          **/s/ Janine Zarrilli**
                                          JANINE ZARRILLI

Sworn to before me this
11TH   day of JANUARY, 2019

*/s/ Loni Bragin*
NOTARY PUBLIC
Loni Bragin
Notary Public, State of New York
No. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2019