UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re
Victor Bostic                                                                   tmm1634
                                                                                 Chapter 13

                                                                                 Case No.:18-42713-608

Debtor(s)
-------------------------------------------------------X                    **ORDER**

     MICHAEL J. MACCO, Chapter 13 Trustee of the estate of Victor Bostic (the "Debtor(s)") and this matter having come on for a hearing before the Honorable Carla E. Craig, United States Bankruptcy Judge, on the 10TH day of JANUARY, 2019, Michael J. Macco, Chapter 13 Trustee, having appeared in support of motion and after due deliberation by this Court, it is

     **ORDERED**, that pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), this case is hereby dismissed.



Dated: Brooklyn, New York
January 30, 2019

_____
**Carla E. Craig**
**United States Bankruptcy Judge**